IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-222-WKW |
| | ) | |
| GIRRARD DEON TELLIS | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 50.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 50) is ADOPTED.

2. Defendant Girrard Deon Tellis's Motion to Withdraw Guilty Plea (Doc. # 42) is GRANTED.

3. Trial is set for the criminal term of court beginning **April 16, 2018**, in Montgomery, Alabama. The Magistrate Judge shall conduct a pretrial conference prior to the **April 16, 2018** trial term. *See* 18 U.S.C. § 3161(i) ("If trial did not commence within the time limitation specified in section 3161 because the defendant had entered a plea of guilty . . . subsequently withdrawn to any or all charges in an indictment or information, the defendant shall be deemed indicted

with respect to all charges therein contained within the meaning of section 3161, on the day the order permitting withdrawal of the plea becomes final.").

DONE this 22nd day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE